IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                            PLAINTIFF

VS.                                      CASE NO. 13-cr-60006-002

THOMAS CHRISTOPHER HAYES                                                          DEFENDANT

## ORDER

Before the Court is Defendant's Motion for Early Termination of Supervised Release. (ECF No. 51).  The Court, being well and sufficiently advised that the government has no objection (ECF No. 52), finds that, in accordance with 18 U.S.C. § 3583 (e)(1), the motion should be and hereby is **GRANTED** based upon Defendant's good behavior and in the interests of justice.  Defendant's term of supervised release is hereby terminated.

**IT IS SO ORDERED**, this 26th day of January, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge